Case 1:24-cr-00092-CLM   Document 1   Filed 03/04/24   Page 1 of 14

FILED
2024 Mar-04 PM 12:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case 3:21-cr-00003-CAR-CHW   Document 32   Filed 03/04/24   Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 3:21-CR-00003-001 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | 1:24-cr-092-CLM |

FILED
2024 MAR -4 P 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Aidan Ballard Findley | MD/GA | Athens |
| | NAME OF SENTENCING JUDGE | |
| | Honorable C. Ashley Royal, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 8/25/2022 — TO 8/24/2026 |

**OFFENSE**

Possession with Intent to Distribute Cocaine – 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   NORTHERN DISTRICT OF ALABAMA   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.* ***Collection of restitution will be retained by the sentencing district if the restitution has been ordered joint and several with any other defendant(s).***

26 Feb. 2024
Date

/s/ C. Ashley Royal
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/4/2024
Effective Date

/s/ Corey L. Maze
United States District Judge

FILED

2021 JAN -4 P 12: 38

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOAC 1:24-cr-092-CLM |
| v. | CRIMINAL NO. 3:21-CR-3 (CAR) |
| AIDAN BALLARD FINDLEY, | VIOLATION(S): |
| | 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(b)(1)(B)(ii) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

That on or about December 17, 2018, in the Athens Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

### AIDAN BALLARD FINDLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

MIKE MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12 day of January, AD 2021.

Deputy Clerk

AO 245B   Judgment in a Criminal Case
(Rev. 12/19) Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| AIDAN BALLARD FINDLEY | Case Number: 3:21-CR-00003-CAR-CHW(1) |
| | USM Number: 25982-509 |
| | EDWARD D TOLLEY |
| | Defendant's Attorney |

*[handwritten: NOAL # 1:24-cr-092-CLM]*

*[stamp: 2024 MAR -4 P 12:38 U.S. DISTRICT COURT N.D. OF ALABAMA]*

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 21:841(a)(1) and (b)(1)(B)(ii) Possession with Intent to Distribute Cocaine | 12/17/2018 | 1 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 9, 2021
Date of Imposition of Judgment

s/ C. Ashley Royal
Signature of Judge

C. ASHLEY ROYAL
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

09/21/2021
Date

AO 245B    Judgment in Criminal Case
(Rev. 12/19) Sheet 2 — Imprisonment

Judgment — Page  2  of  7

DEFENDANT:      AIDAN BALLARD FINDLEY
CASE NUMBER:    3:21-CR-00003-CAR-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: twenty (20) months as to count 1

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the defendant receive psychiatric evaluation and treatment if warranted.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____.

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____.

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    Judgment in a Criminal Case
(Rev. 12/19)  Sheet 3 — Supervised Release

Judgment—Page 3 of 7

DEFENDANT: AIDAN BALLARD FINDLEY
CASE NUMBER: 3:21-CR-00003-CAR-CHW(1)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: four (4) years

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B   Judgment in a Criminal Case
(Rev. 12/19)   Sheet 3A — Supervised Release

Judgment—Page   4   of   7

DEFENDANT: AIDAN BALLARD FINDLEY
CASE NUMBER: 3:21-CR-00003-CAR-CHW(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____
USPO Officer's Signature _____    Date _____

AO 245B    Judgment in a Criminal Case
Rev. 12/19)   Sheet 3D — Supervised Release

|  |  |  | Judgment—Page | 5 | of | 7 |

DEFENDANT:       AIDAN BALLARD FINDLEY
CASE NUMBER:     3:21-CR-00003-CAR-CHW(1)

## SPECIAL CONDITIONS OF SUPERVISION

You shall participate in a program of drug and alcohol testing and treatment. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program, administering the testing, and supervising the treatment. You shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

You shall participate in a mental health treatment program and comply with the treatment regimen of your mental health provider. The U.S. Probation Office shall administratively supervise your participation in the program by approving the program and monitoring your participation in the program. You shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

You are prohibited from possessing or using alcoholic beverages while enrolled in treatment such as mental health, sex offender or substance abuse treatment.

You shall submit your person, property, house, residence, vehicle, papers, computers (as defined by 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The Defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

AO 245B   Judgment in a Criminal Case
(Rev. 12/19) Sheet 5 — Criminal Monetary Penalties

DEFENDANT: AIDAN BALLARD FINDLEY
CASE NUMBER: 3:21-CR-00003-CAR-CHW(1)

Judgment — Page 6 of 7

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|------------|-------------|------|------------------|-------------------|
| TOTALS | $100.00    |             |      |                  |                   |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution
    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub.L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   Judgment in a Criminal Case
(Rev. 12/19)   Sheet 6 — Schedule of Payments

Judgment — Page 7 of 7

DEFENDANT: AIDAN BALLARD FINDLEY
CASE NUMBER: 3:21-CR-00003-CAR-CHW(1)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☒ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

Any criminal monetary penalty ordered by the court shall be due and payable in full immediately. Present and future Assets are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of criminal monetary penalties.

Payment during the term of supervised release will commence within 60 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time. (fine/restitution) payment shall be due during the period of imprisonment at the rate of not less than $25 per quarter and pursuant to the bureau of prisons' financial responsibility program. The value of any future assets may be applied to offset the balance of criminal monetary penalties. The defendant may be included in the treasury offset program, allowing qualified benefits to be applied to offset the balance of any criminal monetary penalties.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

Query  Reports  Utilities  Help  What's New  Log Out

FILED
2024 MAR -4 P 12:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**U.S. District Court [LIVE AREA]**
**Middle District of Georgia (Athens)**
**CRIMINAL DOCKET FOR CASE #: 3:21-cr-00003-CAR-CHW All Defendants**

Case title: UNITED STATES OF AMERICA v. FINDLEY

Date Filed: 01/12/2021

Date Terminated: 09/21/2021

Assigned to: US DISTRICT JUDGE C ASHLEY ROYAL
Referred to: US MAGISTRATE JUDGE CHARLES H WEIGLE

NOAL # 1:24-cr-092-CLM

**Defendant (1)**
**AIDAN BALLARD FINDLEY**
*TERMINATED: 09/21/2021*

represented by **EDWARD D TOLLEY**
PO BOX 1927
ATHENS, GA 30603
706-549-6111
Email: etolley@cooktolley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**DEVIN HARTNESS SMITH**
PO BOX 1927
ATHENS, GA 30603
706-549-6111
Email: devinhsmith@cooktolley.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**EDWARD SPENCER TOLLEY**
304 E WASHINGTON ST
ATHENS, GA 30601
706-549-6111
Email: spencertolley@cooktolley.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 21:841(a)(1) and (b)(1)(B)(ii) Possession with Intent to Distribute Cocaine (1) | 20 months imprisonment; 4 years supervised release; $100 MAF |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | represented by **MIKE MORRISON**<br>300 MULBERRY ST<br>STE 400<br>MACON, GA 31201<br>478-752-3511<br>Email: mike.morrison@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2021 | 1 | **INDICTMENT** as to AIDAN BALLARD FINDLEY (1) count(s) 1. (ggs) (Entered: 01/13/2021) |
| 01/19/2021 | | **Arraignment set for 1/19/2021 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. Initial Appearance set for 1/19/2021 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE. NOTICE OF SETTING** HEARING as to AIDAN BALLARD FINDLEY. Hearing will occur **IN-PERSON.** Counsel, parties, and members of the public and press should review Amended Standing Order 2020-09, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing macon.ecf@gamd.uscourts.gov. (cma) (Entered: 01/19/2021) |
| 01/19/2021 | | Arrest of AIDAN BALLARD FINDLEY (cma) (Entered: 01/19/2021) |
| 01/19/2021 | 4 | NOTICE of DNA Testing as to AIDAN BALLARD FINDLEY (MORRISON, MIKE) (Entered: 01/19/2021) |
| 01/19/2021 | 5 | TEXT ONLY Minute Entry (content for administrative purposes only) for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: Initial Appearance as to AIDAN BALLARD FINDLEY held on 1/19/2021, Charges and sentencing range stated, advised of rights, Edward Tolley confirm he has been retained to represent defendant, Notice to retained counsel of Local Rules re: 14 day financial agreement deadline ; Arraignment held on 1/19/2021 as to AIDAN BALLARD FINDLEY (1) Count 1, Plea entered by AIDAN BALLARD FINDLEY (1) Count 1, Not Guilty on counts 1; Bond Hearing as to AIDAN BALLARD FINDLEY held on 1/19/2021, Defense tender Defendant's Exhibits 1 and 2, no objection from government, and admitted by the court, Defendant's Exhibit 1-Athens-Clarke County Superior Court Order for Bond, Defendant's Exhibit 2 -Timeline, Bond set at $10,000.00 Unsecured with conditions of release as set out in the order. Defendant shall be released from USMS custody upon proper processing; AUSA: Mike Morrison; Defense Counsel: Edward D. Tolley, Retained; US Probation Officer: David Simmons; DEFENDANT: In Courtroom. Court Reporter: FTR Gold 2:34 p.m..Time in Court: 14 minutes. (cma) (Additional attachment(s) added on 1/21/2021: # 1 Exhibit 2 TimeLine) (cma). (Entered: 01/21/2021) |
| 01/19/2021 | 6 | PLEA SHEET as to AIDAN BALLARD FINDLEY: NOT GUILTY (ggs) (Entered: 01/21/2021) |
| 01/19/2021 | 7 | **ORDER** Setting Conditions of Release as to AIDAN BALLARD FINDLEY (1) UNSECURED $10,000. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 1/19/2021. (ggs) (Entered: 01/21/2021) |
| 01/19/2021 | 8 | UNSECURED Bond Entered as to AIDAN BALLARD FINDLEY in amount of $10,000. (ggs) (Entered: 01/21/2021) |
| 01/19/2021 | 10 | **STANDARD PRETRIAL ORDER** as to AIDAN BALLARD FINDLEY. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 01/19/2021. (cma) (Entered: 01/21/2021) |
| 01/19/2021 | 11 | **STANDARD RULE 5 ORDER** as to AIDAN BALLARD FINDLEY. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 01/19/2021. (cma) (Entered: 01/21/2021) |
| 01/19/2021 | 13 | COVID-19 PUBLIC HEALTH AND SAFETY - STANDING ORDER 2020-13 - STANDING ORDER EXTENDING JURY TRIAL MORATORIUM BECAUSE OF NATIONAL EMERGENCY as to AIDAN BALLARD FINDLEY. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 12/14/20. (ans) (Entered: 01/22/2021) |
| 01/22/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE by by EDWARD D TOLLEY appearing for AIDAN BALLARD FINDLEY Attorney EDWARD D TOLLEY added to party AIDAN BALLARD FINDLEY(pty:dft)(TOLLEY, EDWARD) (Entered: 01/22/2021) |
| 01/25/2021 | | Notice of Deficiency related document(s): 12 Notice of Attorney Appearance - Defendant filed by AIDAN BALLARD FINDLEY. A separate Notice of Attorney Appearance should be filed for each attorney entering an appearance in the case. Only the filing attorney is added to the case. NO NEED TO REFILE, for future reference only. Devin Smith and E. Spencer Tolley added to case by case manager.(ggs) (Entered: 01/25/2021) |
| 01/25/2021 | 14 | ARREST Warrant as to AIDAN BALLARD FINDLEY executed on 1/19/2021. (ggs) (Entered: 01/25/2021) |
| 02/11/2021 | 15 | COVID-19 PUBLIC HEALTH AND SAFETY STANDING ORDER 2021-02 EXTENDING JURY TRIAL MORATORIUM as to AIDAN BALLARD FINDLEY. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 02/10/21. (ans) (Entered: 02/11/2021) |
| 03/19/2021 | 16 | STANDING ORDER 2021-03 EXTENDING JURY TRIAL MORATORIUM BECAUSE OF NATIONAL EMERGENCY as to AIDAN BALLARD FINDLEY. Ordered by CHIEF DISTRICT JUDGE MARC T TREADWELL on 3/19/2021. (ggs) (Entered: 03/19/2021) |
| 03/31/2021 | | NOTICE OF **SETTING** HEARING as to AIDAN BALLARD FINDLEY. Hearing will occur **IN-PERSON.** Change of Plea Hearing set for 4/15/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. |

| | | |
|---|---|---|
| | | Counsel, parties, and members of the public and press should review Standing Order 2021-04, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (ans) (Entered: 03/31/2021) |
| 04/07/2021 | 17 | NOTICE OF PRETRIAL CONFERENCE as to AIDAN BALLARD FINDLEY. Pretrial Conference set for 5/5/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. Hearing will occur **IN-PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021-04, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov.(nop) (Entered: 04/07/2021) |
| 04/12/2021 | | (TIME CHANGE ONLY) Change of Plea Hearing set for 4/15/2021 at 10:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. <br><br> NOTICE OF **RESETTING** HEARING as to AIDAN BALLARD FINDLEY. Hearing will occur **IN-PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021-04, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 04/12/2021) |
| 04/15/2021 | 18 | Minute Entry (content for administrative purposes only) for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:Change of Plea Hearing as to AIDAN BALLARD FINDLEY held on 4/15/2021. Sentencing set for 7/15/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. Court Reporter: Tammy DiRocco. (ggs) (Entered: 04/23/2021) |
| 04/15/2021 | 19 | PLEA AGREEMENT as to AIDAN BALLARD FINDLEY (ggs) Modified on 4/23/2021 to correct date. (ggs). (Entered: 04/23/2021) |
| 04/15/2021 | 20 | PLEA SHEET as to AIDAN BALLARD FINDLEY: GUILTY as to Count(s) 1 of the Indictment. (ggs) Modified on 4/23/2021 to correct date. (ggs). (Entered: 04/23/2021) |
| 05/12/2021 | 21 | TRANSCRIPT of Proceedings as to AIDAN BALLARD FINDLEY held on 4-15-21, before Judge Royal. Court Reporter Tammy W. DiRocco. Volume Number: 1 of 1. Change of Plea. The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on the courts website. (Tammy W. DiRocco) (Entered: 05/12/2021) |
| 06/28/2021 | 22 | Motion for Additional Decrease for Acceptance of Responsibility Under U.S.S.G 3E1.1(b) by UNITED STATES OF AMERICA as to AIDAN BALLARD FINDLEY. (MORRISON, MIKE) (Entered: 06/28/2021) |
| 06/28/2021 | | Sentencing reset for 8/19/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. <br><br> NOTICE OF RESETTING SENTENCING HEARING as to AIDAN BALLARD FINDLEY. Hearing will occur **IN-PERSON.**Counsel, parties, and members of the public and press should review Standing Order 2021-06, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 06/28/2021) |
| 06/29/2021 | 23 | DRAFT PRESENTENCE INVESTIGATION REPORT as to AIDAN BALLARD FINDLEY. Objection to Presentence Report due by 7/13/2021 (adr) (Entered: 06/29/2021) |
| 07/16/2021 | 24 | NO OBJECTION to 23 Presentence Investigation Report as to AIDAN BALLARD FINDLEY (MORRISON, MIKE) (Entered: 07/16/2021) |
| 07/22/2021 | | Sentencing reset for 9/9/2021 at 09:30 AM in Athens before US DISTRICT JUDGE C ASHLEY ROYAL. <br><br> NOTICE OF **RESETTING** HEARING as to AIDAN BALLARD FINDLEY. Hearing will occur **IN-PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2021-06, available on the courts website, regarding courthouse entrance procedures due to COVID-19. Interested parties may obtain dial information by emailing athens.ecf@gamd.uscourts.gov. (nop) (Entered: 07/22/2021) |
| 09/01/2021 | | Notice of Deficiency related document(s): 26 Motion for Downward Departure filed by UNITED STATES OF AMERICA Wrong event used - the correct event is "MOTION FOR RELIEF I/A/W 5K" which restricts the motion from public view. **No need to refile** corrected by case manager and document restricted.(ggs) (Entered: 09/01/2021) |
| 09/02/2021 | 27 | MOTION for Downward Departure by UNITED STATES OF AMERICA as to AIDAN BALLARD FINDLEY. (MORRISON, MIKE) (Entered: 09/02/2021) |
| 09/02/2021 | 28 | FINAL PRESENTENCE INVESTIGATION REPORT as to AIDAN BALLARD FINDLEY. (Attachments: # 1 Addendum)(adr) (Entered: 09/02/2021) |
| 09/09/2021 | 29 | Minute Entry (content for administrative purposes only) for proceedings held before US DISTRICT JUDGE C ASHLEY ROYAL:Sentencing held on 9/9/2021 for AIDAN BALLARD FINDLEY (1), Count(s) 1, 20 months imprisonment; 4 years supervised release; $100 MAF. Court Reporter: Tammy DiRocco. (Attachments: # 1 Appeal Info. Package) (ggs) (Entered: 09/21/2021) |
| 09/21/2021 | 30 | **JUDGMENT** as to AIDAN BALLARD FINDLEY (1), Count(s) 1, 20 months imprisonment; 4 years supervised release; $100 MAF. Ordered by US DISTRICT JUDGE C ASHLEY ROYAL on 9/21/2021. (ggs) (Entered: 09/21/2021) |
| 03/04/2024 | 32 | Supervised Release Jurisdiction Transferred to Northern District of Alabama as to AIDAN BALLARD FINDLEY Electronically Transmitted Transfer of Jurisdiction form, indictment, judgment and docket sheet. (ggs) (Entered: 03/04/2024) |

| 03/04/2024 | Notice to Northern District of Alabama of a Transfer of Jurisdiction as to AIDAN BALLARD FINDLEY. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 1 Indictment, 32 Transfer Out/Supervised Release, 30 Judgment. If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (ggs) (Entered: 03/04/2024) |